# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

THOMAS GUARINO,

    Plaintiff,

v.                                        Case No: 5:23-cv-36-JSM-PRL

TD SCREENS, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Dkt. 13). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with the parties bearing their respective attorneys' fees and costs except as specified in their confidential settlement agreement.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of June, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

Case 5:23-cv-00036-JSM-PRL  Document 14  Filed 06/20/23  Page 2 of 2 PageID 67